**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **JIMMY LADON GOLDEN,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 7:10-CV-99 (HL) |
| **COLQUITT COUNTY SHERIFF'S OFFICE,** et al, | : | |
| Defendants | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 8) filed February 11, 2011 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation within the time allowed.

[7] Order and Report and Recommendation is denied as moot as it was incorrectly filed.

**SO ORDERED,** this the 23rd day of May, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**